## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

STEADFAST INSURANCE COMPANY

       -V-                                      C.A. No. 2016-0581-M-PAS

ROGER WILLIAMS MEDICAL CENTER

### STIPULATION OF DISMISSAL

The parties stipulate that plaintiff Steadfast Insurance Company's complaint and defendant Roger Williams Hospital's counterclaim may be and hereby are dismissed with prejudice, no interest or costs to either party.

| Steadfast Insurance Company | Roger Williams Hospital, |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Scarlett M. Rajbanshi | /s/ Robert D. Fine |
| _____ | _____ |
| Scarlett M. Rajbanshi, Esq. (#7800) | Robert D. Fine, Esq. (#2447) |
| Peabody & Arnold, LLP | Chace Ruttenberg & Freedman, LLP |
| 600 Atlantic Avenue | One Park Row, Suite 300 |
| Boston, MA 02110 | Providence, RI 02903 |
| 617- 951-2100 | 401-453-6400 |
| srajbanshi@peabodyarnold.com | rfine@crfllp.com |

Dated:  April 4, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th of April, 2017, I filed the within document with the Court's CM/ECF electronic filing system, causing copies of the same to be sent electronically to all registered users/counsel of record.

/s/ Robert D. Fine

_____

Robert D. Fine (2447)